# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-70006

---

United States Court of Appeals
Fifth Circuit

**FILED**

March 14, 2025

Lyle W. Cayce
Clerk

JESSIE HOFFMAN,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

GARY WESTCOTT, *Secretary, Louisiana Department of Public Safety and Corrections*; DARREL VANNOY, *Warden, Louisiana State Penitentiary, In His Official Capacity*; JOHN DOES, UNKNOWN EXECUTIONERS,

*Defendants—Appellants/Cross-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:25-CV-169

---

Before HAYNES, HO, and OLDHAM, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.