# United States Court of Appeals
# for the Fifth Circuit

No. 25-70006

United States Court of Appeals
Fifth Circuit
**FILED**
March 17, 2025
Lyle W. Cayce
Clerk

Jessie Hoffman,

      *Plaintiff—Appellee/Cross-Appellant*,

*versus*

Gary Westcott, *Secretary, Louisiana Department of Public Safety and Corrections*; Darrel Vannoy, *Warden, Louisiana State Penitentiary, In His Official Capacity*; John Does, unknown executioners,

      *Defendants—Appellants/Cross-Appellees*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:25-CV-169

---

## UNPUBLISHED ORDER

Before Haynes, Ho, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' motion for stay of district court's March 11, 2025 preliminary injunction is DENIED AS MOOT.

    IT IS FURTHER ORDERED that Appellants' motion to file motion in excess of the word count limitation is GRANTED.

A True Copy
Certified order issued Mar 17, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit